UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO. 21-MJ-5 |
| | : | CRIMINAL NO.: |
| v. | : | |
| | : | |
| SHAUN JASON MARVIN, | : | VIOLATION: |
| | : | 18 U.S.C. § 2252(a)(2) |
| Defendant. | : | (Distribution of Child Pornography) |

# INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about and between October 13, 2020 to October 17, 2020, in the District of Columbia and elsewhere, the defendant, **SHAUN JASON MARVIN**, did knowingly distribute any visual depiction, using any means and facility of interstate and foreign commerce, and that such visual depiction has been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer; and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

**(Distribution of Child Pornography**, in violation of Title 18, United States Code, Section 2252(a)(2)

Respectfully submitted,

MATTHEW GRAVES
United States Attorney
D.C. Bar No. 481052


By:     */s/Janani Iyengar*
        Janani Iyengar
        N.Y. Bar No. 5225990
        Assistant United States Attorney
        555 4th Street, N.W.
        Washington, D.C. 20530
        Telephone No. (202) 252-7760
        Janani.iyengar@usdoj.gov