UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : CRIMINAL NO. 21-cr-673 (TJK) |
| v. | : |
| SHAUN MARVIN, | : |
|     Defendant. | : |

**STATEMENT OF OFFENSE**

The parties in this case, the United States of America and the defendant, Shaun Marvin, stipulate and agree that the following facts are true and accurate. These facts do not constitute all of the facts known to the parties concerning the charged offense; they are being submitted to demonstrate that sufficient facts exist that the defendant committed the offense to which he is pleading guilty: Distribution of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2).

**Statement of Facts**

1. On October 1, 2020, an undercover law enforcement officer ("UC") entered the "you.ngshare" KIK group, a group that was designed to allow its members to exchange child pornography. The UC continued to monitor activity in the group over the next several days. Between October 1, 2020, and November 17, 2020, approximately 400 users joined the "you.ngshare" group for the purpose of exchanging child pornography and discussing the sexual abuse of children.

2. On October 13, 2020, Shaun Marvin logged on to the "you.ngshare" group with username "marvinmash," and display name "PBJ PBJ." Marvin posted a one minute video to the group which depicted two female children approximately eleven to thirteen years old sitting nude on the floor. The two children removed their clothes, spread their legs apart and exposed their bare vaginas directly into the camera. On October 15, 2020, Marvin

1



posted a one minute fifty-six second video file which consisted of approximately eighteen videos spliced together, all of which depicted the faces of prepubescent female children as men ejaculated on their faces or in their mouths. The video file opened with the following words printed on the screen: "Sweet release…Girls getting showered in CUM."

3. On October 17, 2020, Marvin posted a forty-nine second video file to the group which depicted a female child approximately nine to eleven years old sitting on the floor nude. The child turned around while on her hands and knees and spread her buttocks apart with her hands exposing her anus and vagina to the camera and then sits with her legs spread apart exposing her vagina to the camera before masturbating for the camera.

4. On January 7, 2021, law enforcement executed a search warrant at Marvin's residence and recovered digital devices. One of the devices, a MyPassport external hard drive, contained over 25,000 images of child pornography, including over 15,000 video files depicting child pornography. These images depicted the abuse of infants and toddlers, children being subjected to bondage, penetration, violence, and bestiality. The files on the hard drive were organized in 578 individual folders. The folders each had names describing the type of child pornography contained in that folder, such as "bdsm", "girls in princess gear", and "young porn".

5. Another device recovered as part of the search warrant was a Macbook laptop. The laptop contained approximately 100 images of child pornography.

Respectfully,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

Janani Iyengar

Janani Iyengar
Assistant United States Attorney

DEFENDANT'S ACKNOWLEDGMENT

I, Shaun Marvin, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 9 Nov 21

Shaun Marvin

SJM

Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense, and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 11/9/2021

_____
Edward Ungvarsky, Esquire
Attorney for Defendant