Judge Kelly,                                14 Nov 22

It is of great importance and painful remorse, that I am writing this letter to you. I made terrible decisions, decisions that endanger and exploit the children depicted in the videos I had. These videos hurt children, people watching these videos hurt children, and I hurt children by participating in this crime against the weakest members of our society.

I am sorry for the hurt and disapointment I have caused and participated in. I wish I could apologize for my selfish behavior directly to those I hurt. I was wrong, utterly and absolutely, in thinking and behavior. My choices are catastrophic to all those impacted not only the abused children, but also their families. They all became victims of sexual explotation because of my decisions, and the decisions of those like me. I take responsibility for what I have done, caused, and participated in.

My promise is to attend sex offender courses. Focus and effort will be given to, and put into my mental health and improvement. I have had these almost 2 years of incarceration to reflect on my poor choices. I will have a lifetime more that it will overshadow everything I do and am. I will never participate in this activity again. I have decided I will obstain from all pornography, and follow, take advice of all professionals willing to give their time to help me. Nothing will undo the terrible I have done. I will do the right thing moving forward. Sincerely,

Shaun J Marvin