## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **SHAUN MARVIN,** | )   **CRIMINAL NO. 1:21-CR-673** |
| | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF APPEAL

**Name and address of appellant**: SHAUN JASON MARVIN, Central Treatment Facility, 1901 E Street, S.E., Washington, D.C. 20003.

**Name and address of appellant's attorney**: Edward J. Ungvarsky, Ungvarsky Law, PLLC, 421 King Street, Suite 505, Alexandria, VA 22314

**Offense**: 18:2252(a)(2) Distribution of Child Pornography

**Concise statement of judgment or order, giving date, and any sentence**: Sentencing held on 12/13/2022. Defendant sentenced to a term of ninety-six (96) months of incarceration, one hundred twenty (120) months of supervised release, $90,000 in restitution and $100 special assessment.

**Name and institution where now confined, if not on bail**: Central Treatment Facility

**I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.**

12/20/2022                                                    SHAUN JASON MARVIN
**DATE**                                                          **APPELLANT**

                                                                        /s/

**CJA NO FEE: <u>CJA</u>**                                EDWARD J. UNGVARSKY
**PAID USDC FEE: <u>No</u>**                        **ATTORNEY FOR APPELLANT**
**PAID USCA FEE: <u>No</u>**

**Does counsel wish to appear on appeal? <u>No</u>**
**Has counsel ordered transcripts? <u>No</u>**
**Is this appeal pursuant to the 1984 Sentencing Reform Act? <u>Yes</u>**