Leave to file GRANTED

TIMOTHY J. KELLY / DATE
United States District Judge  2/23/23

U.S. District Court   District of Columbia

United States            :   Case Number  1:21-CR-673
    vs.                  :   Judge Kelly
Shaun Marvin             :

Motion for Sentence Reduction

Now comes the Defendant Pro-Se, Shaun Marvin, requesting that this motion for reduction of sentence be granted stating the following reasons.

Pursuit to 18 U.S.C. § 3582 (c)(2)

If a Defendant is eligible for a sentence reduction, a Court must determine in its discretion whether the Defendant's sentence should be reduced. White, 984 F. 3d 76 at 88 (citation omitted. In making a determination, a court must weigh the factors enumerated in 18 U.S.C § 3553 (a). Id at 90 (citing United States v. Hudson 967 F. 3d 605, 612 (7th Cir. 2020)).

Furthermore Defendant would be deprived of a constitutional guarantee by not allowing the Director of the Bureau of Prisons to make comprehensive decision whether the Defendant is entitled to any form of release.

Page 1.

However, Section 3582(c) of title 18 of the United States code provides three exceptions to this general rule. Specifically, the Court is authorized to modify a term of imprisonment once imposed only under one of these circumstances: (1) Upon motion by the Director of the Bureau of Prisons; (2) When expressly permitted by the statute of Federal Rule of Criminal Procedure 35; or (3) Where the applicable sentencing guideline range has been retroactively lowered by the Sentencing Commission. 18 U.S.C. 3582 (c)(1)-(2) see United States v. Morris 116 F. 3d 501.

Also, the Defendant states if the motion is not filed within 120 days of sentencing, Defendant would otherwise lose his rights to sentence reduction. At the appropriate time the Defendant requests the United States Attorney's Office file the appropriate motion on his behalf for a sentence reduction based on his programming and post-rehabilitation.

Therefore the Defendant's Pray this honorable court to hold the ruling in abeyance until Defendant makes a submission to the court.

Page 2

I swear under the penalty of perjury that a copy was mailed to U.S District Court Attorney's in this matter on 9 February 2023

Signature *[signature]*

Shawn J Marvin